United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-00353 |
| SHAFER PROJECT RESOURCES, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 232) approving the parties' settlement agreement and dismissing this case, the Court enters final judgment dismissing this action.

ORDERED on January 10, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE